SANDI L. NICHOLS (BAR NO. 100403)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: snichols@allenmatkins.com

Attorneys for Defendant
KIMBER MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KIMBER MANAGEMENT, LLC, et al.,<br><br>　　　　　Defendant. | Case No. C09-03737 SC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER THEREON** |

Plaintiff NORTHERN CALIFORNIA RIVER WATCH ("Plaintiff") and Defendant KIMBER MANAGEMENT, LLC ("Kimber"), by and through their respective counsel of record, hereby stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff served Kimber with the Complaint by Notice of Lawsuit and Request to Waive Service of Summons on August 18, 2009;

WHEREAS, Kimber accepted service by its attorney's execution of the Waiver of Service of Summons on September 17, 2009; and

WHEREAS, Kimber's responsive pleading is therefore currently due on October 19, 2009.

//

//

//

---

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

768990.01/SF

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING,
etc.

The parties now hereby stipulate to extend Kimber's time to plead or otherwise respond to the Complaint by thirty (30) days, to and including **November 18, 2009**.

Dated: September 28, 2009    LAW OFFICE OF JACK SILVER
JACK SILVER

By: /s/ Jack Silver
JACK SILVER
Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Dated: September 28, 2009    ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
SANDI L. NICHOLS

By: /s/ Sandi L. Nichols
SANDI L. NICHOLS
Attorneys for Defendant
KIMBER MANAGEMENT, LLC

Attestation Regarding Signature: This document is being filed electronically under my user ID and Password. Pursuant to General Order 45, section XB, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed on September 28, 2009, in San Francisco, California.

/s/ Sandi L. Nichols
SANDI L. NICHOLS

[~~PROPOSED~~] ORDER

Pursuant to the above Stipulation of the parties, Kimber's responsive pleading in this action shall be due on November 18, 2009.

**IT IS SO ORDERED.**

DATED: 10/1/09

The Honorable Samuel Conti
United States District Court Judge

*IT IS SO ORDERED — Judge Samuel Conti — United States District Court, Northern District of California*

-2-
768990.01/SF    STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING, etc.