Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>               Plaintiff,<br><br>     v.<br><br>KIMBER MANAGEMENT, LLC, et al,<br><br>               Defendants.<br>_____/ | CASE NO.  3:09-cv-03737 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case Management Date:   Dec. 4, 2009 |

NOTICE IS HEREBY GIVEN pursuant to FRCP § 41(a)(1)(A), that Plaintiff NORTHERN CALIFORNIA RIVER WATCH voluntarily dismisses the above-captioned action in its entirety without prejudice.

Dated: October 27, 2009

/s/ *Jack Silver*

JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*